## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BOARDWALK GYMNASTICS,

    Plaintiff,

v.                                                  Case No. 1:25-cv-00981-SCY-JMR

CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendant.

## ENTRY OF APPEARANCE

    Taylor M. Meyers, of VandenBout Law, PLLC, hereby enters her appearance of record on behalf of Plaintiff Boardwalk Gymnastics.

                                          Respectfully submitted,

                                          **VANDENBOUT LAW, PLLC**

                                          By: */s/ Taylor M. Meyers*
                                          Taylor M. Meyers, # 24-303
                                          Lawrence A. VandenBout, #145739
                                          1550 Wewatta St., Floor 2
                                          Denver, CO 80202
                                          Phone:  720-901-2985
                                          Email: Taylor@vandenboutlaw.com
                                                              Lawrence@vandenboutlaw.com

                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 9th day of October, 2025, the foregoing Certificate of Service was filed electronically through the CM/ECF File & Serve system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel C. Apodaca, Esq.
Saucedo Harrigan Apodaca Griesmeyer Apodaca, PC
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
505-338-3945
daniel@shalawnm.com

Todd M. Tippet, Esq. (Pro Hac Vice Pending)
Andrew M. Hilgenkamp, Esq. (Pro Hac Vice Pending)
Zelle LLP
901 Main Street, Suite 4000
Dallas, TX 75202
214-742-3000
ttippett@zellelaw.com
ailgekamp@zellelaw.com

*Attorneys for Defendant*


*/s/ Taylor M. Meyers*
Taylor M. Meyers, Esq.

*Attorneys for Plaintiff*